# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY PETER AUTHEMENT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-2779** |
| **STATE OF LOUISIANA, ET AL** | **SECTION "K"(5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendant State of Louisiana be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of November, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE